KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

_____Bowling Green_____ Division

| | |
|---|---|
| edward schultz | Case No. 1:23-cv-00139-GNS |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| COMMONWEALTH OF KENTUCKY<br>City of Tompkinsville Sheriffs<br>County Attorney | **FILED**<br>JAMES J. VILT, JR. - CLERK<br>OCT 18 2023<br>U.S. DISTRICT COURT<br>WEST'N. DIST. KENTUCKY |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: edward schultz
  Address: 399 David Seaton ln.
  City: Fordsville   State: KY   Zip Code: 42343
  County: Ohio
  Telephone Number: 270-363-9798
  E-Mail Address: ezs7ezs7@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: COMMONWEALTH OF KENTUCKY
  Job or Title (if known):
  Address: 300 N. Main St.
  City: Tompkinsville   State: KY   Zip Code: 42167
  County: Monroe
  Telephone Number: 270-487-5480
  E-Mail Address (if known):
  [ ] Individual capacity   [✓] Official capacity

  Defendant No. 2
  Name: Jesse England
  Job or Title (if known): Assistant Chief Officer
  Address: 200 North Main Street suite E
  City: Tompkinsville   State: KY   Zip Code: 42167
  County: Monroe
  Telephone Number: 270-487-6622
  E-Mail Address (if known):
  [✓] Individual capacity   [ ] Official capacity

KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: Wesley Stephens
- Job or Title (if known): County Attorney
- Address: 215 N. Main St.
- City: Tompkinsville   State: KY   Zip Code: 42167
- County: Monroe
- Telephone Number: 270-487-5568
- E-Mail Address (if known): wslaw42167@yahoo.com

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name: Ricky Richardson
- Job or Title (if known): Officer
- Address: 200 North Main Street suite E
- City: Tompkinsville   State: KY   Zip Code: 42167
- County: Monroe
- Telephone Number: 270-487-6622
- E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Count I) 42 U.S.C. § 1983: False Arrest   Count II) 42 U.S.C. § 1983: Due Process/Brady Violation
Count III) State Law Claim: False Imprisonment
Count IV) 42 U.S.C. § 1983 Conspiracy to commit Constitutional Violations
Count V) State Law Claim: Malicious Prosecution   Count VI) State Law Claim: Assult and Battery

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
jesse england; acting as sheriff, ricky richardson; acting as sheriff, wes stephens; acting as prosecutor

III.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
Monroe County Justice Center 300 N. main st. Tompkinsville KY. 42167

B.  What date and approximate time did the events giving rise to your claim(s) occur?
10-26-2022 approximate time 12:15 p.m.
11-15-2022 approximate time 9:00 a.m.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On 10-26-2022 i was exercising my rights to film my servants in the course of their duties in a public space. when i entered Monroe County Justice Center i was told by B. COE (security) would not be allowed to film in the lobby i tried explaining that it was my constitutonal right they decided to call the police Assistant Chief Jesse England showed up moments later. i asked for him to identify he refused, i once again tried to explain that it was a protected activity Jesse England then expressed that if didn't leave i would be placed under arrest for tresspassing i said then arrest me and he did so without incident. my camera was then turned off. at the police station i told him he would lose his job, another officer said "keep talking and we will keep making up charges" and they did. I was released on 11-01-2022, $5,000.00 bond and ankle monitor. On 11-15-2022 i had court when i entered the building Ricky Richardson said to turn my phone off. i pointed it torward the ciling to type my password in Ricky Slamed and pinned me against the window and said"we are not going to play that game" i showed him my screen and he released me from the asuult. Despite several notices to the county attorney they have kept me on house arrest and are still pressing this Malicious prosecution.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
The assult from ricky richardson on  11/15/2023 was unprovoked there was not any way for me to defend myself. medical attention not needed.

V.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.
first and formost uphold and protect the constitution! hold  jesse england, wes stephens, and ricky richardson liable. Rule in favor to my notices filed in Monroe County Justice Center.  i will attach a copy of my notices.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing: 10-15-2023

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: edward schultz

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
      City / State / Zip Code
Telephone Number: _____
E-mail Address: _____